**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ATHENA PROPERTY GROUP, LLC,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:24-CV-00232-CMS** |
| | ) | |
| **CITY OF CAPE GIRARDEAU, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**WAIVER OF JURY TRIAL**

COME NOW Plaintiffs, by counsel, and hereby waive a jury trial in this matter and agree to a trial to the Court on all issues.

Respectfully submitted,

THE LIMBAUGH FIRM

By____/s/ John C. Steffens_____
John C. Steffens, #63267MO
Gretta G. Rolwing, #74813MO
407 North Kingshighway, Suite 400
P. O. Box 1150
Cape Girardeau, MO 63702-1150
Telephone:  (573) 335-3316
Facsimile:   (573) 335-0621
Email: jsteffens@limbaughlaw.com
grolwing@limbaughlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ John C. Steffens_____